UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------

UNITED FOOD & COMMERCIAL WORKERS
LOCAL 348 PENSION FUND BY ITS BOARD
OF TRUSTEES STANLEY FLEICHMAN, **ORDER**
EDWIN LYNCH and RICHARD WHELAN, 12-CV-5837 (MKB)

                          Plaintiff,

                          v.

FRANKLIN POLY CORP.,

                          Defendant.

-------------------------------------------------------------------

MARGO K. BRODIE, United States District Judge:

       The Report and Recommendation of Magistrate Judge Vera M. Scanlon, dated August 7, 2013, to which no objections have been filed, is adopted in its entirety. The Court grants Plaintiff's motion for a default judgment and directs the Clerk of the Court to enter judgment in the amount of $88,993.54, consisting of: (1) $43,820.00 in withdrawal liability; (2) $21,199.27 in interest, with additional interest to be calculated at a rate of $22.61 per day from July 9, 2013 through the date of final judgment; (3) $21,199.27 in liquidated damages, with additional liquidated damages to be calculated at a rate of $22.61 per day from July 9, 2013 through the date of final judgment; (4) $2,312.50 in attorney's fees; and (6) $462.50 in costs.

                                                SO ORDERED:

                                                s/MKB
                                     MARGO K. BRODIE
                                     United States District Judge

Dated: August 27, 2013
       Brooklyn, New York